TIMOTHY M. BURGESS
United States Attorney

JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: joe.bottini@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr- |
| | ) | |
| Plaintiff, | ) | |
| | ) | COUNT 1: |
| vs. | ) | IDENTITY THEFT |
| | ) | Vio. 18 U.S.C. §§1028(a)(7) and |
| KAREN ANN PRESTEGARD, | ) | (b)(2)(B) |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

I N F O R M A T I O N

The United States Attorney charges that:

Sometime during the fall of 2004, in the District of Alaska, the defendant, KAREN ANN PRESTEGARD, did knowingly use in or effecting interstate commerce, without lawful authority, a means of identification of another person with the intent to commit a violation of federal law, to wit: Financial Institution Fraud, a violation of 18 U.S.C. §

1344(1), in that the defendant did apply for and obtain three (3) credit cards from financial institutions using a Social Security Number which had been assigned by the Social Security Administration to another individual, all of which is in violation of and contrary to Title 18, United States Code, Section 1028(a)(7).

DATED this <u>6th</u> day of January, 2006, at Anchorage, Alaska.

                                        TIMOTHY M. BURGESS
                                        United States Attorney

                                        <u>s/ Joseph W. Bottini</u>
                                        JOSEPH W. BOTTINI
                                        Assistant U.S. Attorney