filed 1-25-06

AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF _Alaska_

UNITED STATES OF AMERICA
V.
KAREN ANN PRESTEGARD

**WAIVER OF INDICTMENT**

CASE NUMBER: 3:06-cr-00001-JWS-JDR

I, _Karen Ann Prestegard_, the above named defendant, who is accused of

_Identity Theft – 18 USC §§ 1028(a)(7) + (b)(2)(B)_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _January 25, 2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Karen Ann Prestegard_
Defendant

_K. F. McC_
Counsel for Defendant

Before _John D. Roberts_
JOHN D. ROBERTS, U.S. MAGISTRATE JUDGE