Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>KAREN ANN PRESTEGARD,<br><br>        Defendant. | NO. A06-0001 CR (JWS)<br><br>**ENTRY OF APPEARANCE** |

        Rich Curtner, Federal Public Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant KAREN ANN PRESTEGARD in the above-captioned action.

        DATED at Anchorage, Alaska this 26th day of January 2006.

        Respectfully submitted,

s/Rich Curtner
Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:     907-646-3400
Fax:       907-646-3480
E-Mail:    rich_curtner@fd.org

Certification:
I certify that on January 26, 2006,
a copy of the *Entry of Appearance*
was served electronically on:

Joseph W. Bottini
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Rich Curtner