MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs KAREN ANN PRESTEGARD    CASE NO. 3:06-cr-00001-JWS-JDR
Defendant:  X Present  X On Summons

BEFORE THE HONORABLE:         JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         APRIL KARPER

UNITED STATES ATTORNEY:        LARRY CARD

DEFENDANT'S ATTORNEY:          KEVIN MCCOY - APPOINTED

U.S.P.O.:                      CHRIS LIEDIKE

PROCEEDINGS: ARRAIGNMENT ON INFORMATION HELD JANUARY 25, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:35 a.m. court convened.

 X Copy of Information given to defendant: read.

 X Defendant advised of general rights.  X Waived full advisement
                                            of rights.

 X Defendant advised of charges and penalties.

 X Defendant sworn.

 X Defendant stated true name: Same as above.         Age:  49

 X Waiver of Indictment **FILED**.

 X Financial Affidavit filed.
   X Federal Public Defender accepted appointment; FPD notified.

 X PLEAS: Not guilty to count 1 of the Information.

 X Bond set at $7,500.00 unsecured ; Appearance Bond **FILED.**

 X Order Setting Conditions of Release **FILED.**

 X Pretrial motions due **February 14, 2006** ; Order for the
   Progression of a Criminal Case with Trial by Jury &
   Final Pretrial Date **FILED.**

CONTINUED ON PAGE 2

DATE:      January 25, 2006      DEPUTY CLERK'S INITIALS:    ak

CONTINUATION - PAGE 2
U.S.A. vs. KAREN ANN PRESTEGARD
3:06-cr-00001-JWS-JDR
ARRAIGNMENT ON INFORMATION
January 25, 2006

 X  Counsel advised of trial date: **March 22, 2006 at 9:00 a.m.**
    before U.S. District Judge John W. Sedwick. Final Pretrial
    Conference set for **March 22, 2006 at 8:30 a.m.**

 X  OTHER: Parties to meet and confer by the close of business on
**January 27, 2006.**

At 9:58 a.m. court adjourned.

DATE:      January 25, 2006      DEPUTY CLERK'S INITIALS:    ak