MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *KAREN ANN PRESTEGARD*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:06-cr-00001 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  February 23, 2006

    The final pre-trial conference and trial by jury in this case presently set for March 22, 2006, are hereby **CONTINUED** to **8:30 a.m.** and **9:00 a.m.** respectively on **April 3, 2006.**