# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>UNITED STATES OF AMERICA</u>   v.   <u>KAREN ANN PRESTEGARD</u>

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                              CASE NO. <u>3:06-cr-00001-JWS</u>

<u>Linda Christensen</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: March 29, 2006

      The above-referenced matter had been set on for a jury trial to commence on April 3, 2006, before Judge John W. Sedwick at Anchorage, Alaska. This matter is now RESCHEDULED for a proposed change of plea on Monday, April 3, 2006, at 8:30 a.m..

      The April 3, 2006, Final Pretrial Conference and Trial by Jury are hereby VACATED.

[ ]{IK2.WPD*Rev.12/96}