UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>KAREN ANN PRESTEGARD,<br><br>        Defendant. | NO. 3:06-cr-0001- JWS<br><br>**PROPOSED ORDER<br>CONTINUING SENTENCING** |

After due consideration of the defendant's Unopposed Motion to Continue Sentencing for One Week, the court GRANTS the motion.  Sentencing in this matter shall be continued from June 16, 2006, to _____, 2006, at the hour of _____ ___.m.

DATED this _____ day of _____ 2006, in Anchorage, Alaska.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE