Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAREN ANN PRESTEGARD,<br><br>Defendant. | NO. 3:06-cr-0001- JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Rich Curtner, being first duly sworn upon oath, deposes and states:

1. I am the attorney in the above-captioned case.

2. Ms. Prestegard's sentencing is scheduled for June 16, 2006, at 8:30 a.m.

3. I have been out of the country until the middle of last week.  I am currently in trial in the matter of *United States v. Mark Graham*, Case No. 3:06-cr-0020-02-JKS.  I have not had time to review the presence report with Ms. Prestegard nor, if necessary, file any objections with the presentence report writer.

4.  Under the current sentencing deadlines, Pamela Shaw, U.S. Probation Officer, is unable to give me an extension to file any objections to the presentence report. Objections are due May 31, 2006.

5.  Joseph Bottini, Assistant U. S. Attorney, stated that the U.S. Attorney's Office does not object to this request for a continuance.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
RICH CURTNER

SUBSCRIBED AND SWORN to before me this 31st day of May 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008

Case 3:06-cr-00001-JWS    Document 17    Filed 05/31/2006    Page 3 of 3