UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KAREN ANN PRESTEGARD,<br><br>　　　　Defendant. | NO. 3:06-cr-0001- JWS<br><br>**ORDER CONTINUING<br>SENTENCING** |

　　　　After due consideration of the defendant's Unopposed Motion to Continue Sentencing for One Week, the court **GRANTS** the motion. Sentencing in this matter shall be continued from June 16, 2006, to **June 22, 2006**, at the hour of **9:00 a.m.**

　　　　DATED this 2nd day of June 2006, in Anchorage, Alaska.


　　　　　　　　　　/s/
　　　　　　　　　　JOHN W. SEDWICK
　　　　　　　　　　U.S. DISTRICT COURT JUDGE