Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KAREN ANN PRESTEGARD,<br><br>　　　　　Defendant. | NO. 3:06-cr-0001- JWS<br><br>**UNOPPOSED MOTION TO CONTINUE SENTENCING** |

COMES NOW THE DEFENDANT, KAREN ANN PRESTEGARD, by and through counsel Rich Curtner, Federal Defender, and moves this court for an order continuing her sentencing, currently scheduled for June 22, 2006, for a period of approximately three weeks, until the week of July 17, 2006.

Assistant U.S. Attorney Joseph Bottini does not oppose this motion.

This motion is submitted pursuant to D.Ak.L.R. 47.1 and is based upon the affidavit of counsel filed herewith.

DATED at Anchorage, Alaska this 14th day of June 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:	907-646-3400
Fax:	907-646-3480
E-Mail:	rich_curtner@fd.org

Certification:
I certify that on June 14, 2006:

(1) A copy of the *Unopposed Motion to Continue Sentencing*, and the *Proposed Order* were served electronically on:

Joseph w. bottini
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

(2) The *Affidavit of Counsel (filed under seal)* was hand delivered to:

Joseph w. bottini
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

(3) The *Affidavit of Counsel (filed under seal)* and copies of the *Unopposed Motion to Continue Sentencing* and the *Proposed Order* were hand delivered to:

Pamela Shaw
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Rich Curtner