UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KAREN ANN PRESTEGARD,<br><br>　　　　Defendant. | NO. 3:06-cr-0001-JWS<br><br>**PROPOSED ORDER<br>CONTINUING SENTENCING** |

After due consideration of the defendant's Unopposed Motion to Continue Sentencing, the court GRANTS the motion. Sentencing in this matter shall be continued from June 22, 2006, to _____, 2006, at the hour of _____ ___.m.

DATED this _____ day of June 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOHN W. SEDWICK
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE