UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAREN ANN PRESTEGARD,<br><br>Defendant. | NO. 3:06-cr-0001-JWS<br><br>**ORDER CONTINUING SENTENCING** |

After due consideration of the defendant's Unopposed Motion to Continue Sentencing, the court GRANTS the motion. Sentencing in this matter shall be continued from June 22, 2006, to **July 21, 2006**, at the hour of **8:30 a.m.**

DATED this 15th day of June 2006, in Anchorage, Alaska.

/s/
JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE