Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>KAREN ANN PRESTEGARD,<br><br>　　　　　Defendant. | NO. 3:06-cr-0001- JWS<br><br>**UNOPPOSED MOTION TO CONTINUE SENTENCING**<br><br>**(Filed on Shortened Time)** |

　　　　　COMES NOW THE DEFENDANT, KAREN ANN PRESTEGARD, by and through counsel Rich Curtner, Federal Defender, and moves this court for an order continuing her sentencing, currently scheduled for July 21, 2006, for a period of approximately three weeks, until the week of August 14, 2006.

　　　　　The reason for requesting this continuance is that Ms. Prestegard's probation officer, Mary Frances Barnes, is filing a petition to revoke Ms. Prestegard's supervised release.  The violations alleged in the petition to revoke concern Ms. Prestegard's employment at Marketing Solutions, and also impact imposition of sentence in this case. The parties agree that those issues should be resolved prior to sentencing, and that

imposition of sentence should be continued until after a hearing on the petition to revoke supervised release.

      Assistant U.S. Attorney Joseph Bottini does not oppose a continuance of two weeks.

      Defense counsel will be out of the district from August 7 through August 11, 2006..

      U.S. Probation Officer Mary Frances Barnes does not oppose this motion.

      This motion is submitted pursuant to D.Ak.L.R. 47.1 and is based upon the affidavit of counsel filed herewith.

      DATED at Anchorage, Alaska this 19th day of July 2006.

      Respectfully submitted,

s/Rich Curtner  
Federal Defender  
550 West 7th Avenue, Suite 1600  
Anchorage, AK 99501  
Phone:   907-646-3400  
Fax:   907-646-3480  
E-Mail:   rich_curtner@fd.org

Certification:  
I certify that on July 19, 2006,  
a copy of the **Unopposed Motion to Continue Sentencing**, the **Affidavit of Counsel** and the **Proposed Order** were served electronically on:

Joseph W. Bottini  
Assistant United States Attorney  
U.S. Attorney's Office  
222 West Seventh Avenue #9, Room 253  
Anchorage, AK 99513-7567

and copies were hand delivered to:

Mary Frances Barnes  
U.S. Probation & Pretrial Services  
222 W. 7th Avenue, #48, Room 168  
Anchorage, AK 99513-7562

s/Rich Curtner