Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAREN ANN PRESTEGARD,<br><br>Defendant. | NO. 3:06-cr-0001- JWS<br><br>**AFFIDAVIT OF COUNSEL** |
| STATE OF ALASKA<br><br>THIRD JUDICIAL DISTRICT | ss: |

Rich Curtner, being first duly sworn upon oath, deposes and states:

1.    I am the attorney in the above-captioned case.

2.    Ms. Prestegard's sentencing is scheduled for July 21, 2006, at 8:30 a.m.

3.    Ms. Prestegard's probation officer, Mary Frances Barnes, is filing a petition to revoke Ms. Prestegard's supervised release.  The violations alleged in the

petition to revoke concern Ms. Prestegard's employment at Marketing Solutions, and also impact imposition of sentence in this case.

  4. Those issues should be resolved prior to sentencing, so imposition of sentence should be continued until after a hearing on the petition to revoke supervised release.

  5. Assistant U.S. Attorney Joe Bottini is not opposed to a short continuance of the sentencing hearing.

  5. U.S. Probation Officer Mary Frances Barnes does not oppose this motion.

  FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
RICH CURTNER

SUBSCRIBED AND SWORN to before me this 19th day of July 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 12/20/2008

*United States v. Karen Ann Prestegard*
*Case No.* 3:05-cr-0104-JWS     *Page 2*