Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>KAREN ANN PRESTEGARD,<br><br>                Defendant. | Case No. 3:06-cr-0001- JWS<br><br>**UNOPPOSED MOTION TO CONTINUE SENTENCING**<br><br>**(Filed on Shortened Time)** |

COMES NOW THE DEFENDANT, KAREN ANN PRESTEGARD, by and through counsel Rich Curtner, Federal Defender, and moves this court for an order continuing her sentencing, currently scheduled for August 15, 2006, for approximately two weeks, until the week of August 28, 2006.  The purpose of this continuance is to consolidate two matters, the sentencing in this matter and the combined adjudication/disposition in a related petition to revoke (PTR) case, No. 3:95-cr-0104-JWS.  The court has scheduled Ms. Prestegard's initial appearance on the PTR to revoke for August 24, 2006.

The violations alleged in the petition to revoke concern Ms. Prestegard's employment at Marketing Solutions, and also impact imposition of sentence in this case. For that reason, the parties agree judicial economy is served by the combination of both proceedings, as well as a brief continuance to allow defense counsel to determine whether an evidentiary hearing will be required.

Assistant U.S. Attorney Joseph Bottini does not oppose the requested continuance.

Defense counsel will be out of the district from August 7 through August 11, 2006, and will return on August 14, 2006.

U.S. Probation Officer Mary Frances Barnes does not oppose this motion.

This motion is submitted pursuant to D. Alaska Loc. R. 47.1.

DATED at Anchorage, Alaska this 8th day of August, 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
601 West 5th Avenue, Suite 800
Anchorage, AK 99501
Phone:     907-646-3400
Fax:       907-646-3480
E-Mail:    rich_curtner@fd.org

<u>Certification</u>:

I certify that on August 8, 2006,
a copy of the **Unopposed Motion to
Continue Sentencing** and **Proposed Order**
were served electronically on:

Joseph W. Bottini, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and copies were hand delivered to:

Mary Frances Barnes
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Rich Curtner