UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KAREN ANN PRESTEGARD,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0001-JWS<br><br>**PROPOSED ORDER<br>CONTINUING SENTENCING** |

After due consideration of the defendant's Unopposed Motion to Continue Sentencing, the court GRANTS the motion. Sentencing in this matter shall be continued from August 15, 2006, to _____, 2006, at the hour of _____ ___.m.

DATED this _____ day of August, 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　John W. Sedwick
　　　　　　　　　　　　　　　　　　United States District Court Judge