UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>KAREN ANN PRESTEGARD,<br><br>                Defendant. | Case No. 3:06-cr-0001-JWS<br><br>**ORDER CONTINUING SENTENCING** |

After due consideration of the defendant's Unopposed Motion to Continue Sentencing, the court GRANTS the motion. Sentencing in this matter shall be continued from August 15, 2006, to **August 29**, **2006**, at the hour of **8:30 a.m.**

DATED this 8th day of August 2006, in Anchorage, Alaska.

                                                        /s/<br>
                                     John W. Sedwick<br>
                       United States District Court Judge