Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAREN ANN PRESTEGARD,<br><br>Defendant. | NO. 3:06-cr-0001- JWS<br>NO. 3:95-cr-0104-JWS<br><br>**MS. PRESTEGARD'S DISPOSITION AND SUPPLEMENTAL SENTENCING MEMORANDUM** |

Karen Prestegard submits this memorandum to assist the court at the August 29, 2006, sentencing in Case No. 3:06-cr-0001-JWS, and disposition in Case No. 3:95-cr-0104-JWS.

Sentencing in Case No. 3:06-cr-0001-JWS has been continued several times due to factual disputes concerning the presentence report.  Those factual disputes were also the basis for the petition to revoke supervised release in Case No. 3:95-cr-0104-JWS.

Ms. Prestegard has entered admissions to the violations set forth in the petition to revoke supervised release.  There are no issues in dispute.  A combined sentencing hearing and disposition are scheduled for August 29, 2006.

In exchange for Ms. Prestegard's admission, the government has agreed to recommend a sentence of 30 months imprisonment in Case No. 3:06-cr-0001-JWS, and an additional six months imprisonment in Case No. 3:95-cr-0104-JWS, to be served consecutively.  The government is not opposed to allowing Ms. Prestegard to self-surrender for service of her term of imprisonment to the Bureau of Prisons facility to which she is designated.

Ms. Prestegard concurs with a recommended composite sentence of 36 months.  She further requests a recommendation from the court that she be designated to the Federal Correctional Institution Victorville (FCI II Medium) in Adelanto, California.

DATED at Anchorage, Alaska this 24th day of August 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     rich_curtner@fd.org

Certification:
I certify that on August 24, 2006,
a copy of **Ms. Prestegard's Disposition
and Supplemental Sentencing Memorandum**
was served electronically on:

Joseph W. Bottini
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Mary Frances Barnes
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Rich Curtner

*United States v. Karen Ann Prestegard*
Case No. 3:06-cr-0001-JWS                                                    Page 3