NELSON P. COHEN
United States Attorney

JOSEPH W. BOTTINI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
joe.bottini@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-0001-JWS |
| | ) | No. 3:95-cr-0104-JWS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **GOVERNMENT'S** |
| | ) | **SUPPLEMENTAL** |
| KAREN M. PRESTEGARD, | ) | **SENTENCING AND** |
| | ) | **DISPOSITION** |
| Defendant. | ) | **MEMORANDUM** |
| | ) | |
| | ) | |

COMES NOW the United States of America, by and through counsel, and submits this supplemental sentencing memorandum for Case No. 3:06-cr-0001-JWS and disposition memorandum for Case No. 3:95-cr-0104-JWS.  This memorandum is submitted in relation to the combined imposition of sentence hearing in Case No. 3:06-cr-0001-JWS and disposition hearing in Case No. 3:95-cr-0104-JWS,

scheduled for August 29, 2006.

The defendant's disposition and supplemental sentencing memorandum accurately sets out the agreement reached by the parties to jointly recommend a sentence of 30 months to be imposed as part of the sentence in Case No. 3:06-cr-0001-JWS and a sentence of 6 months (to be served consecutive to the 30 month sentence) as the disposition in Case No. 3:95-cr-0104-JWS.  These sentences are within the guideline ranges applicable in each case[1] and, in the government's view are reasonable under the circumstances.

The government has also agreed to non-oppose the defendant's request for self-surrender, provided that she can satisfy the supervising U.S. Probation Officer that she has sufficient legitimate frequent flyer mileage to arrange for her own transportation.

// //


// //

---

[1] As part of the agreement for the joint recommendation, the defendant will not be contesting the sentencing guideline computations set forth in the PSR in Case No. 3:06-cr-0001-JWS.

RESPECTFULLY SUBMITTED this 25th day of August, 2006, at

Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        /s Joseph W. Bottini
        JOSEPH W. BOTTINI
        Assistant U.S. Attorney
        District of Alaska
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3387
        Fax: (907) 271-1500
        E-mail: joe.bottini@usdoj.gov
        Alaska Bar # 8411099

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2006,
a copy of the foregoing GOVERNMENT'S
SUPPLEMENTAL SENTENCING AND
DISPOSITION MEMORANDUM was served
electronically on Richard Curtner.

s/ Joseph W. Bottini