NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-cr-0001-JWS |
| | ) Case No. 3:95-cr-0104-JWS |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) GOVERNMENT'S SECOND |
| KAREN M. PRESTEGARD, | ) SUPPLEMENTAL SENTENCING |
| | ) MEMORANDUM |
| Defendant. | ) |
| | ) |

COMES NOW the United States of America, by and through counsel, and submits this second supplemental sentencing memorandum to address the question put to the government by the court at the joint sentencing and disposition hearings held on August 29, 2006.  At that hearing the court set forth its preliminary conclusion that it would reject the recommendation of the parties as to sentencing and requested that the government explain, in writing, its recommendation.  The

explanation is as follows:

    This case began when the defendant's daughter reported the facts that lead to the identity theft indictment in case no. 3:06-cr-001-JWS. The defendant admitted the facts and her culpability in that case right away and the parties anticipated a plea with a guideline sentencing range of 18 -24 months. Ms. Prestegard plead without a plea agreement, however, based on discussions between the parties, both parties anticipated a joint recommendation of 18 months with continued supervision.

    After Ms. Prestegard plead guilty, the government learned of Ms. Prestegard's new actions at Marketing Solutions, Inc. Obviously this had a large impact on the guidelines and the government's position. The new actions lead to the decision to file a probation revocation and further discussions concerning an appropriate sentence.

    As required by law, government counsel, Joseph Bottini, then had numerous discussions with Ms. Prestegard's daughter, the victim in the identity theft case. For reasons that are both compassionate and obvious, Ms. Prestegard's daughter expressed concerns about her mother having to return to jail. Weighing those concerns against the obvious need to protect the public, the probation officer's belief that further supervision was warranted and useful and the defendant's agreement to waive any objections to the guideline calculation and probation

revocation , the government agreed to recommend a sentence at the upper end of the guideline sentence for identity theft – 36 months derived from 30 months for identity theft and 6 months consecutive time for the probation revocation.

This agreement is obviously not binding on the court, but does result from the government's considered review of the guidelines, the defendant's dangerousness and the victim's difficult and unique position.

RESPECTFULLY SUBMITTED this 31st day of August, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Karen Loeffler
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500
email: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**
I hereby certify that on August 31, 2006 a copy
 of the foregoing was served electronically on:
Rich Curtner

s/Karen Loeffler