**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>   v.   <u> KAREN ANN PRESTEGARD </u>

THE HONORABLE JOHN W. SEDWICK

D<small>EPUTY</small> C<small>LERK</small>                                   CASE NO.  <u>3:06-cr-00001-JWS</u>

<u> Linda Christensen </u>

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**    DATE: September 5, 2006

     The court will re-convene the sentencing hearing in this case at 8:30 AM on Tuesday, September 12, 2006.  An hour has been set aside for the proceeding, although it is possible that a shorter period of time will prove sufficient.

[]{IA.WPD*Rev.12/96}