Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant


UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAREN ANN PRESTEGARD,<br><br>Defendant. | NO.    3:06-cr-0001- JWS<br>        3:95-cr-0104-JWS<br><br>**UNOPPOSED MOTION FOR ORDER TO MODIFY CONDITIONS OF RELEASE TO ALLOW FOR TRAVEL OUTSIDE OF DISTRICT FOR MEDICAL APPOINTMENT** |

Defendant Karen Prestegard, by and through counsel Rich Curtner, Federal

Defender, moves this court for an order modifying the conditions of release to allow Ms.

Prestegard to travel outside of the district for a medical appointment at the University of

Washington in Seattle.  She plans to leave Anchorage on September 17, 2006, and return

September 18, 2006.

Ms. Prestegard's imposition of sentence was held on September 12, 2006.

She has been ordered to self-report to the Bureau of Prisons as directed, but no later than

October 27, 2006.

On September 12, 2006, undersigned counsel spoke with Pretrial Services

Officer Paula McCormick concerning this matter.  Ms. McCormick advised that she was

unopposed to modifying the conditions of release to allow Ms. Prestegard to travel to Seattle to attend her medical appointment.

On September 12, 2006, Assistant U.S. Attorney Karen Loeffler stated she was non-opposed to this motion.

DATED at Anchorage, Alaska this 12th day of September 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:        907-646-3400
Fax:          907-646-3480
E-Mail:       rich_curtner@fd.org

Certification:
I certify that on September 12, 2006,
a copy of the **Unopposed Motion for Order
to Modify Conditions of Release to Allow
for Travel Outside of District for Medical
Appointment** was served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Paula McCormick
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Rich Curtner