UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAREN ANN PRESTEGARD,<br><br>Defendant. | NO.  3:06-cr-0001- JWS<br>        3:95-cr-0104-JWS<br><br>**PROPOSED ORDER ALLOWING DEFENDANT TO TRAVEL OUTSIDE OF DISTRICT FOR MEDICAL APPOINTMENT** |

After due consideration of the defendant's Unopposed Motion for Order to Modify Conditions of Release to Allow for Travel Outside of District for Medical Appointment, the motion is GRANTED.

Karen Prestegard is hereby given permission to travel to Seattle between September 17, 2006, and September 18, 2006, for a medical appointment at the University of Washington. Ms. Prestegard is to maintain contact with the pretrial services officer and provide the pretrial services officer with her location and contact information.

DATED this _____ day of September 2006, in Anchorage, Alaska.

_____
JOHN W. SEDWICK
U.S. DISTRICT JUDGE