MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __KAREN ANN PRESTEGARD__   CASE NO. __3:06-CR-00001-JWS__
Defendant: _X_Present   _X_ On Bond

BEFORE THE HONORABLE: __JOHN W. SEDWICK__

DEPUTY CLERK/RECORDER: __SUZANNETTE DAVID / CAROLINE EDMISTON__

UNITED STATES ATTORNEY: __KAREN LOEFFLER__

DEFENDANTS ATTORNEY: __RICH CURTNER__

U.S.P.O.: __PAM SHAW__

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 09/12/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:34 a.m. court convened.

_X_ Notice of Appeal form given to defense counsel.

_X_ Court stated findings/reasons pursuant to sentencing guidelines.

_X_ Imprisonment for a period of __30 MONTHS__

_X_ Defendant placed on supervised release for a period of __3__ years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

_X_ Special Assessment $__100.00__, due __immediately.__

_X_ Restitution $__9,464.08__, to be paid to __Washington Mutual (formerly Providian) in the amount of $1,889.57 and to Bank of America in the amount of $7,574.51__

_X_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the Probation Officer or Pretrial Services Officer.

_X_ OTHER: Court and counsel heard re defendant's oral motion to self surrender **GRANTED**; court and counsel heard re sentencing recommendations; victim impact statement heard; payment coupon given to defendant; court advised defendant of appeal rights.

At 8:44 a.m. court adjourned.

DATE: __September 12, 2006__   DEPUTY CLERK'S INITIALS: __SCD/CME__